UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY BROWN,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

CASE NO. C17-1455 BAT

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**: Plaintiff shall be issued summonses. Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in Amended General Order 04-15 and General Order 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 27th day of September, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1